IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| SUSAN M. KNUDSEN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | C02-4108 MWB |
| | ) | |
| | ) | ATTORNEY FEE JUDGMENT |
| COMMISSIONER OF SOCIAL | ) | IN A CIVIL CASE |
| SECURITY, | ) | |
| JO ANNE B. BARNHART, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the Court and

IT IS ORDERED AND ADJUDGED

That plaintiff's attorney be awarded attorney fees in the total amount of six-thousand three hundred forty two - dollars and twenty - five cents ($6, 342.25), pursuant to 42 U.S.C. § 406 (b).

IT IS FURTHER ORDERED

That the plaintiff's attorney is ordered to refund to the plaintiff the smaller fee awarded to plaintiff's attorney pursuant to the EAJA in the amount of four-thousand six hundred twenty - eight dollars and forty-seven cents ($4, 628.47).


_____
MARK W. BENNETT
CHIEF JUDGE NORTHERN DISTRICT OF IOWA


__5/31/05__
DATED

Pridgen J. Watkins
CLERK


S/src
DEPUTY CLERK